In re Coleman, Carroll Denny; Johnson, Catherine; Jones, Ethel Coleman; Bennett, Gloria; Smithson, Hortense; Coleman, James Steven; Moore, Lola Albert; Jones, Lorena Coleman; Howard, Marion; Cole *1107 man, Melinda Terry; Coleman, Melody Ann; Payton, Merline; Coleman, Robert C., Jr.; Coleman, Royal, Sr.; Richard, - Stephanie; Coleman, Wendell, Sr.; Galloway, Helen Hall; Johnson, Leon; Johnson, Henry; Dan-drige, Odeal, Succ. of; — Plaintiffs); applying for supervisory and/or remedial writs; Parish of Plaquemines, 25th Judicial District Court, Div. “B”, Nos. 38,198, 38,199, 38,200; to the Court of Appeal, Fourth Circuit, Nos. 94CW-0973, 94CW-0974.
Denied.
DENNIS, J., not on panel.
ORTIQUE, J., votes to grant.